■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEROY RUBECK, Appellant.— Motion granted and order of this court entered November 30, 1967 [28 A D 2d 1208] amended to state that certain constitutional questions were presented and passed upon. Present — Bastow, J. P., Goldman, Henry, Del Vecchio and Marsh, JJ.

■ In the Matter of the APPOINTMENT OF A MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR FOR THE EIGHTH JUDICIAL DISTRICT.— James O. Moore, Jr., Esq. of Buffalo, New York appointed member; John E. Leach, Esq. of Buffalo, New York appointed Chairman of the Committee. (Order entered February 13, 1968.)

■ SAMUEL KENT et al., Respondents, v. THOMAS BUTTARAZZI, Appellant. — Motion to dismiss appeal denied without prejudice to renew upon a showing that the appeal does not involve " a fundamental jurisdictional question of fact as to the petition's sufficiency or a triable issue of fact determination of which against petitioner would render the petition fatally defective ". (*Great Neck Water Auth.* v. *Citizens Water Supply Co. of Newtown*, 12 N Y 2d 167, 173.) In the event of such renewal, the motion papers should include, among other things, a copy of the petition and of the answer.